[No. 42912-8-II.   Division Two.   December 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DELESTER BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04484-3, Frank E. Cuthbertson, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Spearman and Maxa, JJ.

[No. 43104-1-II.   Division Two.   December 17, 2013.]

APCOMPOWER INC., *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-2-01573-4, James W. Lawler, J., entered January 27, 2012. *Reversed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 43172-6-II.   Division Two.   December 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. REX LEE POPE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00729-2, Leila Mills, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 43771-6-II.   Division Two.   December 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. L.L.L., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 12-8-00018-7, Kenneth D. Williams, J., entered June 28, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Penoyar, JJ.